IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00345-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KAYODE DOBOSU,

       Defendant.

## MOTION TO RESTRICT ACCESS

       Mr. Kayode Dobosu, Defendant, by and through undersigned counsel, Mary V. Butterton, respectfully requests that Docket Nos. 97 and 98 be restricted at Level 2.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/ Mary V. Butterton
       MARY V. BUTTERTON
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone: (303) 294-7002
       FAX: (303) 294-1192
       Mary_Butterton@fd.org
       Attorney for Mr. Dobosu

## CERTIFICATE OF SERVICE

      I hereby certify that on October 11, 2023, I electronically filed the foregoing **Motion to Restrict Access** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

J. Chris Larson, Assistant United States Attorney
E-mail: j.chris.larson@usdoj.gov

                                      s/ Mary V. Butterton
                                      MARY V. BUTTERTON
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone: (303) 294-7002
                                      FAX: (303) 294-1192
                                      Mary_Butterton@fd.org
                                      Attorney for Mr. Dobosu